NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**RAKHMATULLA ASATOV,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE ARMY,**
*Respondent.*

_____

2014-3003

_____

Petition for review of the Merit Systems Protection Board in No. PH3330120240-I-1.

_____

**ON MOTION**

_____

**O R D E R**

Rakhmatulla Asatov moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                    ASATOV v. ARMY

                          FOR THE COURT

                          /s/ Daniel E. O'Toole
                             Daniel E. O'Toole
                             Clerk

s24